Manuel D. Serpa, Calif. Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 940-0311
Email:  manuel.serpa@binderlawfirm.com

Attorneys for Plaintiff Larry G. Acrey

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. ACREY, | ) No. EDCV 13-01485-SH |
| | ) |
| Plaintiff, | ) **ORDER AWARDING ATTORNEY** |
| | ) **FEES UNDER THE EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT,** |
| | ) **PURSUANT TO 28 U.S.C. § 2412(d),** |
| CAROLYN W. COLVIN, | ) **AND COSTS, PURSUANT TO 28** |
| Acting Commissioner of Social | ) **U.S.C. § 1920** |
| Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND FIVE HUNDRED dollars and 00/CENTS (3,500.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS AND 00/CENTS ($400.00), subject to the terms of the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's counsel.

1

Dated: May 21, 2014

_____
Hon. Stephen J. Hillman
United States Magistrate Judge

Case 5:13-cv-01485-SH   Document 21   Filed 05/21/14   Page 2 of 2   Page ID #:529